UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAME INTELLIGENCE, INC., a Washington corporation; and JAY WESTERDAL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAUCHLIN MCKINNON, an individual; JEFF EHLERT, an individual; and CHARLES J. LYBARGER, an individual,<br><br>Defendants. | Case No. 2:10-cv-1202-RCJ-LRL<br><br>TEMPORARY RESTRAINING ORDER |

THIS MATTER, having come before this Court on the Motion for Temporary Restraining Order brought by Name Intelligence, Inc. and Jay Westerdal, this Court having heard oral argument from counsel for the Name

- 1 -

Intelligence, Inc. and Jay Westerdal, and considered the Motion and all evidence presented, including the Declaration of Jay Westerdal and the Declaration of Hamilton H. Gardiner and attachments thereto, all of which establish immediate and irreparable injury that will result to Name Intelligence, Inc. and Jay Westerdal if the status quo is not maintained. The immediate and irreparable injury includes the transfer or encumbrance of real property rightfully belonging to plaintiffs, the acquisition of real property in the name of defendants or their entities and the further distribution of plaintiffs' funds from the trust account of defendant Charles Lybarger. The injury to plaintiffs being immediate and irreparable in that real property could be encumbered or transferred to third party bona fide lenders, or purchasers who would potentially have priority over the rights of plaintiffs resulting in a loss of security for plaintiffs monies. In addition, there is the potential that the distribution of funds from the trust account of Charles Lybarger could result in an inability to recover such funds from defendants because of insolvency or fraudulent conveyance of properties and monies to third parties not subject to this court's jurisdiction. The aforementioned immediate and irreparable injury will occur if a Temporary Restraining Order is not issued, and that the Temporary Restraining Order should be issued immediately, and this Court

having reviewed the files and records herein, and being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Lauchlin McKinnon and Jeff Ehlert are hereby <u>enjoined and restrained</u> from proceeding with the operation of the business of acquiring, rehabilitating, managing, and selling of real estate with the use of funds invested and / or provided by Name Intelligence, Inc. and Jay Westerdal.

2. Lauchlin McKinnon and Jeff Ehlert are hereby <u>enjoined and restrained</u> from selling or encumbering any of the real property purchased with the use of funds invested and / or provided by Name Intelligence, Inc. and Jay Westerdal including, but not limited to, the following properties:

    a. 9340 Copper Bay Avenue, Las Vegas, NV 89129

    b. 539 Queens Borough Ave, Las Vegas, NV 89113

    c. 5320 Dawes Ct, Las Vegas, NV 89110

    d. 5386 Lindsay Heights St, Las Vegas, NV 89148

    e. 9402 Blacktail Fork St, Las Vegas, NV 89113

    f. 5908 Soaring Bluff St, Las Vegas, NV 89031

    g. 744 Jacaranda Leaf St, Las Vegas, NV 89139

3. Lauchlin McKinnon and Jeff Ehlert are hereby <u>ordered</u> to record all deeds of the real property purchased with the use of funds invested and / or provided by Name Intelligence, Inc. and Jay Westerdal and record those properties, including, but not limited to those listed in Section 2 (a – g) in the name of Name Intelligence, Inc.

4. Charles J. Lybarger is hereby <u>enjoined and restrained</u> from transferring any funds remaining in his trust account which were invested and / or provided by Name Intelligence, Inc. and Jay Westerdal to Lauchlin McKinnon, Jeff Ehlert or any other third party without authorization from this court.

5. This Temporary Restraining Order shall remain in place until Monday, August 2, 2010.

6. Name Intelligence, Inc. and Jay Westerdal shall provide a bond in the amount of $ -0- .

7. Lauchlin McKinnon, Jeff Ehlert, and Charles J. Lybarger shall appear before the Honorable Robert C. Jones, U.S. District Court Judge, Monday, August 2, 2010, at 02:00 P.M. in Reno Courtroom 6, or the parties may appear telephonically. Any counsel or party wishing to participate by telephone may do so and are directed to contact Lesa Ettinger, Courtroom Administrator at (775) 686-5833, at least two (2) days prior to the hearing.

ISSUED IN OPEN COURT this 23rd day of July, 2010 at 1:00 P.M.

_____
Robert C. Jones
United States District Judge