# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAME INTELLIGENCE, INC., *et al.*, | |
| Plaintiffs, | Case No. 2:10-cv-01202-RCJ-GWF |
| vs. | **ORDER** |
| LAUCHLIN McKINNON; JEFF EHLERT, | Motion to Withdraw (#44) |
| Defendants. | |

This matter is before the Court on Counsel Charles Lybarger's Motion to Withdraw (#44), filed February 21, 2011. Mr. Lybarger requests leave to withdraw from representing Defendants Lauchlin McKinnon and Jeff Ehlert. (*Id.*) To date, no party has filed an opposition to this motion and the time for opposition has now expired. Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Counsel Charles Lybarger's Motion to Withdraw (#44) is **granted**. Defendants Lauchlin McKinnon and Jeff Ehlert shall have until **April 8, 2011**, to advise the Court if they will retain new counsel or proceed *pro se*.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendants Lauchlin McKinnon and Jeff Ehlert to the civil docket:

1. **Jeff Ehlert**
   **417 State Street**
   **Sedro Woolley, WA 98284**

2. **Lauchlin McKinnon**
   **9119 Harbor Wind Ave.**
   **Las Vegas, NV 89178**

. . .

. . .

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Defendants Lauchlin McKinnon and Jeff Ehlert with a copy of this order at their last known addresses listed above.

DATED this 18th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge