# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NAME INTELLIGENCE, INC. and  
JAY WESTERDAL,  
               Plaintiffs,  

vs.  

LAUCHLIN MCKINNON, *et al.*,  
               Defendants.

Case No. 2:10-cv-01202-RCJ-GWF

**ORDER**

This matter is before the Court on Defendant Lachlin McKinnon's Response to Order to Show Cause (#55), filed April 27, 2011.

On April 19, 2011, this Court entered an order for Defendant McKinnon to show cause why sanctions should not be imposed because of Defendant's failure to obtain new counsel or advise the Court as to whether he would proceed *pro se* as ordered by the Court. (#52). In his response to this order, Defendant McKinnon states that he has recently obtained counsel and requests that sanctions not be imposed. (#55). Accordingly,

**IT IS HEREBY ORDERED** that sanctions will not be imposed and this matter shall proceed forward.

DATED this 2nd day of May, 2011.

*[signature]*  
**GEORGE FOLEY, JR.**  
**UNITED STATES MAGISTRATE JUDGE**