# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NAME INTELLIGENCE, INC., *et al.*, | )<br>) |
| Plaintiffs, | ) Case No. 2:10-cv-01202-RCJ-GWF |
| vs. | ) **ORDER** |
| LAUCHLIN McKINNON; JEFF EHLERT, | ) Motion to Extend Dispositive<br>) Motion Deadline (#113) |
| Defendants. | ) |

    This matter comes before the Court on Defendant Vannozzi's Motion to Continue the Dispositive Motion Deadline (#113), filed on April 25, 2012; Defendant McKinnon's Joinder (#114), filed on April 26, 2012; Defendant Ehlert's Joinder (#116), filed on April 26, 2012; and Plaintiffs' Opposition to Motion to Continue Dispositive Motion Deadline (#117), filed on May 2, 2012. Defendant Vannozzi requests the Court extend the dispositive motion deadline until 30 days after the Court rules on Defendant Lybarger's Motion to Dismiss (#109). A hearing on that motion is set for June 21, 2012. Plaintiffs object to the requested extension, arguing that Defendants failed to show good cause for the extension in light of the fact that Defendants previously opposed the Plaintiffs' requested extension of the discovery deadlines. Plaintiffs further argue that if the Court is inclined to extend the dispositive motion deadline based Lybarger's appearance in this case, then all the discovery deadlines should be extended.

    The Court finds Defendant Vannozzi has established good cause for the requested extension. Decision on the pending Motion to Dismiss (#109) may effect the content and scope of any potential dispositive motions. The Court will therefore grant Defendant's request and extend the dispositive motion deadline 30 days after decision on Lybarger's Motion to Dismiss (#109). If Lybarger's motion is denied, the Court will schedule a discovery status conference regarding

any additional discovery that needs to take place and whether the discovery deadlines, including the dispositive motion and the joint pretrial order deadlines, need to be reset. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Vannozzi's Motion to Continue the Dispositive Motion Deadline (#113) is **granted**. The dispositive motion deadlines will be thirty (30) days after decision on Lybarger's Motion to Dismiss (#109).

DATED this 4th day of May, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge