1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NAME INTELLIGENCE, INC., *et al.*,                     )
                                                       )
                          Plaintiffs,                  )        Case No.  2:10-cv-01202-RCJ-GWF
                                                       )
vs.                                                    )        **ORDER**
                                                       )
LAUCHLIN McKINNON; JEFF EHLERT,                        )
                                                       )
                          Defendants.                  )
_____                    )

        This matter is before the Court on the parties' failure to file a joint pretrial order required by
LR 26-1(e)(5).  There are no dispositive motions pending.  Accordingly,

        **IT IS ORDERED** that

                1.      Counsel for the parties shall file a joint pretrial order which fully complies
                        with the requirements of LR 16-3 and LR 16-4 no later than **November 15,**
                        **2012**.  Failure to timely comply will result in the imposition of sanctions up
                        to and including a recommendation to the District Judge that the complaint
                        be dismissed for plaintiff's failure to prosecute.  See Fed. R. Civ. P. 41(b).

                2.      The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections
                        thereto shall be included in the pretrial order.

        DATED this 5th day of November, 2012.


                                                _____
                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge