# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAME INTELLIGENCE, INC., *et al.*,  Plaintiffs, vs. LAUCHLIN McKINNON; JEFF EHLERT, Defendants. | Case No.  2:10-cv-01202-RCJ-GWF  **ORDER** Request for Exception to Attendance at Settlement Conference (#168) |

This matter comes before the Court on Defendant Michael Vannozzi's Request for Exception to Personal Attendance at Settlement Conference (#168) for Claims Handler Benjamin Levine, filed on May 21, 2013.  The Settlement Conference in this case is scheduled for June 5, 2013 at 9:00 AM in Las Vegas.  *See January 11, 2013 Order, Doc. #155*.  The Order specified that "[i]f any party is subject to coverage by an insurance carrier, then a representative of the insurance carrier with authority to settle this matter up to the full amount of the claim or last demand made must also be present for the duration of the settlement conference."  *See Doc. #155* at 1:25-27.  Defendant represents Mr. Levine resides in New York, and is able to participate in the Settlement Conference via telephone.  The Court's Order (#155), however, was entered four months ago, and requires personal attendance of an insurance representative.  The Court therefore finds Defendant does not establish good cause to except Mr. Levine from personal attendance at the Conference.  Accordingly,

...

...

...

...

1    **IT IS HEREBY ORDERED** that Defendant Michael Vannozzi's Motion for Exception to
2    Personal Attendance at Settlement Conference is **denied**.
3    DATED this 29th day of May, 2013.

                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge