# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NAME INTELLIGENCE, INC., *et al.,*        )        CASE NO.: 2:10-CV-1202-RCJ-GWF
                                          )
           Plaintiff,                     )
                                          )
     vs.                                  )
                                          )        **ORDER**
LAUCHLIN MCKINNON, *et al.,*              )
                                          )
           Defendants.                    )
_____ )

IT IS HEREBY ORDERED that the jurors in the above-entitled action shall be compensated the daily jury attendance fee until such time as a verdict is reached and they are released from jury duty, excluding Saturday and Sunday.

IT IS SO ORDERED dated this 30th day of July, 2013.

_____
ROBERT C. JONES
Chief Judge