UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAME INTELLIGENCE, INC., *et al.*, | CASE NO.: 2:10-CV-1202-RCJ-GWF |
| Plaintiff, | |
| vs. | |
| LAUCHLIN MCKINNON, *et al.*, | **ORDER** |
| Defendants. | |

IT IS HEREBY ORDERED that the jurors in the above-entitled action shall be compensated the daily jury attendance fee until such time as a verdict is reached and they are released from jury duty, excluding Saturday and Sunday.

IT IS SO ORDERED dated this 30th day of July, 2013.

_____
ROBERT C. JONES
Chief Judge