LAW OFFICES OF P. STERLING KERR
P. Sterling Kerr, SBN No. 3978
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
Telephone: (702) 451-2055
Facsimile: (702) 451-2077
Email: psklaw@aol.com

HOLMQUIST & GARDINER PLLC
Hamilton H. Gardiner, Pro Hac Vice
Washington State Bar Association No. 37827
State Bar of California, No. 249038
1000 Second Avenue, Suite 1770
Seattle, WA 98104
Telephone: (206) 438-9116
Facsimile: (206) 694-4601
Email: Hamilton@lawhg.net

Attorneys for Plaintiffs:
NAME INTELLIGENCE, INC. AND
JAY WESTERDAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAME INTELLIGENCE, INC., a Washington corporation; and JAY WESTERDAL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAUCHLIN MCKINNON an individual; JEFF EHLERT, an individual; MICHAEL VANNOZZI, an individual<br><br>Defendants. | Case No. 2:10-cv-1202-RCJ-LRL<br><br>**PROPOSED JUDGMENT** |

This action having been tried before the Court and a jury, the Honorable Robert C. Jones presiding, and the issues having been duly tried and the jury having returned its

-1-

answers to the verdict interrogatories propounded by the Court, and the jury, on August 6, 2013, having rendered a verdict for the plaintiff, Name Intelligence, Inc. to recover its damages in the amount of $104,646.69, and the Court having made its order directing the entry of the verdict, and the Court addressing a *sua sponte* civil contempt citation.

It is ORDERED and ADJUDGED that the plaintiff, Name Intelligence, Inc. recover from the defendant, Lauchlin Mckinnon, damages for conversion in the sum of $6,821.69.

It is ORDERED AND ADJUDGED that the Plaintiff, Name Intelligence, Inc., recover from the Defendant, Jeffrey Ehlert, damages for conversion in the sum of $70,050.00.

It is ORDERED AND ADJUDGED that the Plaintiff Name Intelligence, Inc., in addition to the sums set forth above for conversion, recover from Defendants Lauchlin McKinnon and Jeffrey Ehlert, jointly and severally, damages for Breach of Fiduciary Duty in the sum of $27,775.00 and damages for civil contempt in the sum of $64,613.00.

It is ORDERED AND ADJUDGED Plaintiff to be awarded costs against Defendants, Lauchlin Mckinnon and Jeffrey Ehlert, jointly and severally in the amount of $13,698.47.

///
///
///
///
///
///
///

It is ORDERED AND ADJUDGED Defendants, Lauchlin Mckinnon and Jeffrey Ehlert, to take nothing against Plaintiff Name Intelligence, Inc. pursuant to their counterclaims.

Dated this 20th day of June, 2014.

_____
The Honorable Robert C. Jones

Submitted by:

_____
LAW OFFICES OF P. STERLING KERR
P. Sterling Kerr, SBN No. 3978
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
Telephone: (702) 451-2055
Facsimile: (702) 451-2077
Email: psklaw@aol.com